# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Martha Sharpe,

       Plaintiff,                           JUDGMENT IN A CIVIL CASE

vs.                                             3:09-cv-101-RJC

Michael J. Astrue,

       Defendant.

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2009 Order.

                                            September 30, 2009

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court