IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-101-RJC-DCK

| | |
|---|---|
| MARTHA SHARPE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Approval Of Attorney Fees Under 42 U.S.C. § 406(b)" (Document No. 15) filed December 20, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion, without prejudice.

**IT IS THEREFORE, ORDERED** that Plaintiff's "Motion For Approval Of Attorney Fees Under 42 U.S.C. § 406(b)" (Document No. 15) is **DENIED WITHOUT PREJUDICE**. Plaintiff may re-file her motion consistent with Local Rules 7.1 (B) and (G).

Signed: January 2, 2013

David C. Keesler
United States Magistrate Judge