IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-101-RJC-DCK

| | |
|---|---|
| MARTHA SHARPE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Second Motion For Approval Of Attorney Fees Under 42 U.S.C. § 406(b)" (Document No. 18) filed April 28, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant has no objection, the undersigned will grant the motion. See (Document No. 20).

**IT IS THEREFORE, ORDERED** that Plaintiff's "Second Motion For Approval Of Attorney Fees Under 42 U.S.C. § 406(b)" (Document No. 18) is **GRANTED**.

Signed: May 1, 2013

David C. Keesler
United States Magistrate Judge